UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS J. CONTOS and ANGELA CONTOS, husband and wife,

    Plaintiffs,

  v.

WHEATON VAN LINES, INC., an Indiana corporation,

    Defendant.

Case No. C06-5601 FDB

ORDER ON SHOW CAUSE CONTINUING DEADLINE FOR FILING JOINT STATUS REPORT

      This matter comes before the Court on the directive of the Court to show cause why this case should not be dismissed for failure to prosecute. On behalf of the Plaintiff, the Defendant has advised the Court that the parties have agreed to settlement of this action; a process that should be finished within thirty days.

      Accordingly, the Court will extend the deadline for filing a combined joint status report until May 11, 2007. On or before that date the parties will either move for voluntary dismissal because this matter has settled or they shall submit the joint status report. In the event neither occurs, without further notice, this Court will dismiss this matter for failure to prosecute.

      DATED this 10th day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1